UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - -x
                                  :
UNITED STATES OF AMERICA          :
                                  :       **INFORMATION**
        - v. -                    :
                                  :       12 Cr. ___ (PGG)
PAUL PAPPAS,                      :
    a/k/a "Paul Papazoglou"       :
                                  :
                Defendant.        :
- - - - - - - - - - - - - - - - -x

### COUNT ONE

The United States Attorney charges:

1. From in or about July 2011 up to and including in or about April 2012, PAUL PAPPAS, the defendant, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money by means of false and fraudulent pretenses, representations and promises, intentionally and knowingly did transmit and cause to be transmitted by means of wire and radio communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit, PAPPAS placed interstate telephone calls and used the internet in connection with a scheme to obtain unemployment benefits on other

JUDGE GARDEPHE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/12

individuals' behalves to which neither he nor those individuals were entitled.

(Title 18, United States Code, Section 1343.)

_____
PREET BHARARA
United States Attorney

Case 1:12-cr-00813-PGG   Document 10   Filed 11/07/12   Page 3 of 3