Cb9WpapC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

        v.                        12 CR 813 (PGG)

PAUL PAPPAS,

        Defendant.

------------------------------x

                              New York, N.Y.
                              November 9, 2012
                              10:05 a.m.

Before:

              HON. PAUL G. GARDEPHE,

                            District Judge


                  APPEARANCES

PREET BHARARA
    United States Attorney for the
    Southern District of New York
RUSSELL CAPONE
    Assistant United States Attorney

MARTIN KLOTZ
MORGAN CLARK
    Attorneys for Defendant

1                (Case called)

2                MR. CAPONE:  Russell Capone, for the government.  Good
3      morning, your Honor.

4                THE COURT:  Good morning.

5                MR. KLOTZ:  Martin Klotz, for Mr. Pappas.  Good
6      morning, your Honor.

7                THE COURT:  Good morning.

8                This is our initial conference.  Mr. Capone, tell me
9      where we are in the case.

10               MR. CAPONE:  Yes, your Honor.

11               The defendant waived indictment and consented to the
12     filing of an information in magistrate court two days ago.
13     It's an information charging him with wire fraud.  He had been
14     charged by complaint with several other counts, including
15     aggravated identity theft and obstruction of justice, but the
16     parties have been negotiating a plea to the information that
17     was filed.  I can't guarantee that that will happen, but we
18     have been discussing a disposition.  So that is where we are.

19               I am going to begin the process of getting discovery
20     together.  I wasn't going to do that because, at first, it
21     looked like he would just plead to the information.  But I'm
22     going to begin putting the discovery together for the
23     defendant.  So that's where we are.

24               In addition, Judge Peck granted the defendant bail on
25     Wednesday.  The package involved posting a house as well as

1   home incarceration, and the order was for him to remain
2   remanded until all conditions have been met.  So that's why
3   he's still remanded, and the government doesn't intend to
4   appeal that decision to your Honor.
5           THE COURT:  How long will it take you to make
6   discovery available?
7           MR. CAPONE:  Your Honor, I think I can make a first
8   batch of discovery available in about a week and probably the
9   remainder within a couple weeks thereafter.  There is a lot of
10  paper in this case.
11          THE COURT:  Mr. Klotz, when do you believe it would
12  make sense for us to meet again?
13          MR. KLOTZ:  I think if your Honor gave us 30 days
14  after the government completes discovery and then set it down
15  for a further conference, we would have a pretty good idea of
16  where we are at that point.
17          THE COURT:  All right.  So what I heard from you,
18  Mr. Capone, is about three weeks to produce everything?
19          MR. CAPONE:  Yes, your Honor.
20          THE COURT:  That would bring us to the end of
21  November, and 30 days from that would bring us into the new
22  year.  So my intention would be to put us down for a conference
23  sometime in the first week of January.
24          THE DEPUTY CLERK:  Thursday, January 3, at 11 a.m. is
25  available.

Cb9WpapC

1           THE COURT:  Is that convenient for everybody?

2           MR. KLOTZ:  Convenient for the defense, your Honor.

3           MR. CAPONE:  Same here, your Honor.

4           THE COURT:  We'll meet again January 3, 2013, at

5    11:00.  Does the government wish to exclude time between now

6    and then?

7           MR. CAPONE:  Yes, your Honor.  And the reason would

8    be for the continued review of discovery and for the parties to

9    continue to discuss a disposition.

10          THE COURT:  Any objection?

11          MR. KLOTZ:  No objection, your Honor.

12          THE COURT:  I will exclude time between today and

13   January 3, 2013, under the Speedy Trial Act, pursuant to Title

14   18, United States Code, Section 3161(h)(7)(A), to permit

15   defense counsel to review the discovery materials and to

16   continue his discussions with the government as to a possible

17   pretrial disposition.

18          I do find that the ends of justice served by the

19   granting of this continuance outweigh the best interests of the

20   public and the defendant in a speedy trial.

21          Anything further?

22          MR. KLOTZ:  Judge, my client has asked me to seek

23   modification of the bail terms that were imposed by Judge Peck,

24   based on some additional information we would like to bring to

25   the Court's attention.  Unless your Honor thinks otherwise, I

Cb9WpapC

1   think it probably makes more sense to go back to Judge Peck
2   first.
3           THE COURT:  All right.
4           MR. KLOTZ:  And not raise that before your Honor, but
5   I just wanted to alert you.  I'll discuss that with Mr. Capone
6   when we're done here.
7           THE COURT:  It makes sense to me, and you can tell him
8   that I'm happy to have him hear that request, given the fact
9   that he set the terms of the bail package in the first
10  instance.
11          MR. KLOTZ:  That was my though, yes.
12          THE COURT:  If there's nothing else, have a good day.
13          MR. KLOTZ:  Thank you, your Honor.
14          MR. CAPONE:  Thank you, your Honor.
15          (Proceedings adjourned)