```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 15 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

    - v. -                              :

PAUL PAPPAS,                     :
    a/k/a "Paul Papazoglou"

              Defendant.         :

- - - - - - - - - - - - - - - - - - x

**SUPERSEDING**
**INFORMATION**

S1 12 Cr. 813 (PGG)

COUNT ONE
---

The United States Attorney charges:

1. From in or about July 2011 up to and including in or about April 2012, PAUL PAPPAS, a/k/a "Paul Papazoglou," the defendant, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money by means of false and fraudulent pretenses, representations and promises, intentionally and knowingly did transmit and cause to be transmitted by means of wire and radio communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit, PAPPAS placed interstate telephone calls and used the internet in connection with a scheme to obtain unemployment benefits on other individuals' behalves to which neither he nor those individuals were entitled.

(Title 18, United States Code, Section 1343.)

**FORFEITURE ALLEGATION**

3.     As the result of committing the offense charged in Count One of this Information, PAUL PAPPAS, a/k/a "Paul Papazoglou," the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461, all property, real or personal, which constitutes or is derived from proceeds traceable to such offenses, including but not limited to the following:

      a.     At least approximately $192,601 in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained by PAPPAS as a result of the offense.

<u>Substitute Asset Provision</u>

4.     If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      a.     Cannot be located upon the exercise of due diligence;

      b.     Has been transferred or sold to, or deposited with, a third person;

      c.     Has been placed beyond the jurisdiction of the Court;

      d.     Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981; and Title 28, United States Code, Section 2461.)

*[signature]*

PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

- v. -

PAUL PAPPAS,

Defendant.

Superseding Information

S1 12 Cr. 813

PREET BHARARA
United States Attorney.

4/15/13 - Filed Superseding Information.
dl    - Filed Waiver of Indictment.
              Judge Francis
                   U.S.M.J.